IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| TERRANCE WARNER, | * | |
| Petitioner, | * | |
| vs. | * | CASE NO. 4:07-CV-90002 (CDL) |
| UNITED STATES OF AMERICA, | * | CASE NO. 4:05-CR-30 (CDL) |
| Respondent. | * | |
| | * | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on April 4, 2008 is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 2nd day of May, 2008.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE